**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 24-cv-61171-Damian/Valle

AILYN GUERRA,

    Plaintiff,

v.

DISASTER SERVICES LLC,
and JUAN MATOS,

    Defendants.
_____/

**<u>SUGGESTION OF DEATH</u>**

    Plaintiff AILYN GUERRA, through the undersigned counsel, files this Suggestion of Death, suggesting upon the record filed herewith the death of Defendant Juan Matos.

    Respectfully submitted,

    Koz Law, P.A.
    800 East Cypress Creek Road Suite 421
    Fort Lauderdale, Florida 33334
    Tel:   (786) 924-9929
    Fax:   (786) 358-6071
    Email: ekoz@kozlawfirm.com

    _____
    Elliot Kozolchyk, Esq.
    Florida Bar No. 74791