# Miami-Dade County Medical Examiner

## Medical Examiner Database Search Results

**Note: Due to the sensitive nature of the information contained in this public database, cases will not appear until a next of kin has been notified or efforts to locate a next of kin have been exhausted.**

If you wish to search all Medical Examiner cases, please call our Investigations Bureau during working hours at 305-545-2400. Family members in search of loved ones are encouraged to call.

If your search did not return any results, you may also try the following databases: Florida Unidentified Decedents DataBase (http://www.fluiddb.com/) or NamUs - National Unidentified Persons Database (https://identifyus.org/en)

**Search found 55171 records.**
You are now viewing records 81 through 90.

| Case Number: | 2025-00614 | Investigator: | Barrera-Alvizuri, Julia | | |
|---|---|---|---|---|---|
| Last Name: | LANTIN | First Name: | Nyles | Middle Name: | Christan |
| Death Date: | 2/23/2025 5:00:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00615 | Investigator: | Barrera-Alvizuri, Julia | | |
|---|---|---|---|---|---|
| Last Name: | AGUSTAVE | First Name: | Richardson | Middle Name: | |
| Death Date: | 2/23/2025 4:52:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00616 | Investigator: | Banegas, Reyna | | |
|---|---|---|---|---|---|
| Last Name: | AREVALO TAMAYO | First Name: | Dalgis | Middle Name: | Margarita |
| Death Date: | 2/23/2025 4:02:00 PM | Gender: | Female | Next of Kin: | Yes |

| Case Number: | 2025-00610 | Investigator: | Allen, Simone | | |
|---|---|---|---|---|---|
| Last Name: | SZOMSTEIN | First Name: | Marcos | Middle Name: | |
| Death Date: | 2/23/2025 3:33:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00612 | Investigator: | Allen, Simone | | |
|---|---|---|---|---|---|
| Last Name: | SHOOP JR | First Name: | Kristofor | Middle Name: | Brandon |
| Death Date: | 2/23/2025 3:29:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00609 | Investigator: | Barrera-Alvizuri, Julia | | |
|---|---|---|---|---|---|
| Last Name: | HERNANDEZ | First Name: | Fausto | Middle Name: | |
| Death Date: | 2/23/2025 1:45:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00607 | Investigator: | Allen, Simone | | |
|---|---|---|---|---|---|
| Last Name: | HAYWOOD | First Name: | Iva | Middle Name: | Andy |
| Death Date: | 2/23/2025 9:47:00 AM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00603 | Investigator: | Barrera-Alvizuri, Julia | | |
|---|---|---|---|---|---|
| Last Name: | MATOS | First Name: | Juan | Middle Name: | |
| Death Date: | 2/22/2025 11:13:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00602 | Investigator: | Barrera-Alvizuri, Julia | | |
|---|---|---|---|---|---|
| Last Name: | EBRAT FONTALVO | First Name: | Jorge | Middle Name: | Luis |
| Death Date: | 2/22/2025 10:15:00 PM | Gender: | Male | Next of Kin: | Yes |

| Case Number: | 2025-00597 | Investigator: | Crane, Wendy | | |
|---|---|---|---|---|---|
| Last Name: | MANALOFF | First Name: | Kenneth | Middle Name: | |
| Death Date: | 2/22/2025 10:40:00 AM | Gender: | Male | Next of Kin: | Yes |

<< Prev (search_results.asp?NAV=8 )   Next >> (search_results.asp?NAV=10 )

Restart Search

Page Last Edited: Mon May 6, 2024 5:55:24 PM

